■ CAROL KLAPAK et al., Appellants, v JPC PROPERTY MANAGEMENT COUNCIL, INC., et al., Respondents. [665 NYS2d 580] —Appeal by the plaintiffs from an order of the Supreme Court, Queens County (Goldstein, J.), dated May 21, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Goldstein at the Supreme Court. Santucci, J. P., Joy, Friedmann and Luciano, JJ., concur.